ARMAND CUSANO AND LOUIS CUSANO, PLAINTIFFS-PE-
TITIONERS, v. PAUL CUSANO AND TERESA CUSANO,
DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 19 *N. J. Super.* 255.

*Messrs. Milberg & Milberg* and *Mr. Samuel H. Nelson* for
the petitioners.

*Mr. Isadore Glauberman* for the respondents.

September 8, 1952. Denied.

ARMAND CUSANO AND LOUIS CUSANO, PLAINTIFFS-
RESPONDENTS, v. PAUL CUSANO, DEFENDANT-PETI-
TIONER, AND TERESA CUSANO, DEFENDANT-RE-
SPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 19 *N. J. Super.* 255.

*Mr. Isadore Glauberman* for the petitioner.

*Messrs. Milberg & Milberg* and *Mr. Samuel H. Nelson* for
the respondents.

September 8, 1952. Denied.